UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 2:13-CR-89 |
| | ) | |
| YUL ROBINETTE | ) | |

**O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated May 27, 2014. [Doc. 30]. The defendant has filed no objections to this report. After careful consideration of the Report and Recommendation of the United States Magistrate Judge, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the *pro se* "motion for prosecutorial misconduct" filed by Yul Robinette is **DENIED.** [Doc. 25].

    ENTER:

                      s/J. RONNIE GREER
                      UNITED STATES DISTRICT JUDGE